FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2016
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number CR16-0601 Defendant Number 1

U.S.A. v. Lillian Renee Valenzuela-Egnatoff Year of Birth 1970

☒ Indictment ☐ Information Investigative Agency (FBI, DEA, etc.) USPS-OIG

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense

☐ Class B Misdemeanor ☐ Class C Misdemeanor ☒ Felony

b. Date of Offense: February 2009

c. County in which first offense occurred:

Los Angeles County

d. The crimes charged re alleged to have been committed in:

CHECK **ALL** THAT APPLY

☒ Los Angeles ☐ Ventura
☒ Orange ☐ Santa Barbara
☒ Riverside ☐ San Luis Obispo
☐ San Bernardino ☐ Other ____

Citation of Offense 18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344: Bank Fraud

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☒ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino) ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? ☐ No ☐ Yes

If YES Case Number ____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** ____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: ____

Case Number ____

Charging ____

The complaint: ☐ is still pending

☐ was dismissed on: ____

**PREVIOUS COUNSEL**

Was defendant previously represented: ☐ No ☐ Yes

If YES, provide, Name: ____

Phone Number: ____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes* ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief:
☐ Yes* ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?** ☐ Yes ☐ No

This is the ____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

____

Case Number ____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

____

☐ was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
☐ Yes* ☐ No

Will more than 12 days be required to present government's evidence in case-in-chief?

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required? ☐ YES ☐ NO

If YES, list language and/or dialect: ____________

**OTHER**

☐ Male ☒ Female

☒ U.S. Citizen ☐ Alien

Alias Name(s) ____________

This defendant is charged in: ☒ All counts

☐ Only counts: ____________

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☐ No

If YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud ☐ public corruption

☒ government fraud ☐ tax offenses

☐ environmental issues ☐ mail/wire fraud

☐ narcotics offenses ☐ immigration offenses

☐ violent crimes/firearms ☐ corporate fraud

☐ Other ____________

☐ Yes* ☒ No

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: ____________

b. Posted bond at complaint level on: ____________

in the amount of $ ____________

a. PSA supervision: ☐ Yes ☐ No

c. Is on bail or release from another district: ____________

Defendant is **in** custody:

b. Place of incarceration: ☐ State ☐ Federal

c. Name of institution: ____________

d. If Federal: U.S. Marshal's Registration Number: ____________

e. ☐ Solely on this charge. Date and time of arrest: ____________

f. On another conviction: ☐ Yes ☐ No

IF YES: ☐ State ☐ Federal ☐ Writ of issue

g. Awaiting trial on other charges: ☐ Yes ☐ No

IF YES: ☐ State ☐ Federal AND

Name of Court: ____________

Date transferred to federal custody: ____________

This person/proceeding is transferred from another district

Pursuant to F.R.Cr.P. ______ 20 ______ 21 ______ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ____________

Date: August 25, 2016

Signature of Assistant U.S. Attorney

Ashwin Janakiram

Print Name