EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ASHWIN JANAKIRAM
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2875

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
OCT 11 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2016 OCT 11 PM 2: 10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LILLIAN VALENZUELA-EGNATOFF<br>ID# 1164060<br>Defendant | Case No.: CR 16-601<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; [PROPOSED] ORDER |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby requests the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued for defendant LILLIAN VALENZUELA-EGNATOFF who is now detained at the FLORENCE MCCLURE WOMEN'S CORRECTIONAL CENTER , in the City of LAS VEGAS, State of NEVADA , in the custody of the Warden, Sheriff or Jailor of said institution.

The above-entitled case is scheduled for ARRAIGNMENT on the 21ST day of NOVEMBER, 2016 at 2:00 P.M. in the courtroom of

the Honorable DUTY MAGISTRATE , Judge of the United States District Court, Roybal Federal Building, Courtroom 341, 255 East Temple Street, at which the defendant's presence will be necessary. In order to secure defendant's presence, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in said court on the date and time specified above, and at such other dates as may be necessary incident to this case.

WHEREFORE, the government respectfully requests that the Court issue an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum under the seal of this Court, commanding the Warden, Sheriff or Jailor specified above, to produce the defendant in the United States District Court for the Central District of California at the specified time and place and for all other proceedings incident thereto, and at the termination of the proceedings against the defendant to return him to the custody of said Warden, Sheriff or Jailor.

Dated: October 5, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

Ashwin Janakiram/
ASHWIN JANAKIRAM
Assistant United States Attorney