FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Lillian Valenzuela Egnatoff<br>DEFENDANT. | CASE NUMBER:<br>16-0601-RGK<br><br>**DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, Lillian Valenzuela Egnatoff, declare that
*(Defendant/Material Witness)*

- [x] I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.
- [ ] I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.
- [ ] I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.
- [ ] My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of November, 20 16
at Los Angeles, CA
*(City and State)*

L. Valenzuela
*Signature of Defendant/Material Witness*

---

If the declarant is not an English speaker, include the following:
I, ____________________, am fluent in written and spoken English and ____________________ languages. I accurately translated this form from English into ____________________ to declarant ____________________ on this date.

Date: ____________________

____________________
*Interpreter*